UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

DORALIZ CASARES ROSADO and
CARLOS I. GONZALEZ, her husband,

    Plaintiffs,

v.                        Case No. 2:21-CV-0392-SPC-KCD

UNITED STATES OF AMERICA,

    Defendant.
_____/

## NOTICE OF RESOLUTION PURSUANT TO
## LOCAL RULE 3.09(a)

COMES NOW Defendant, United States of America, by and through the undersigned Assistant United States Attorney, and hereby gives notice to this Honorable Court that the above-styled case has been settled between the Plaintiffs and the United States. It is respectfully suggested that the case be dismissed with prejudice and that the court file be closed administratively, subject to the rights of the parties, pursuant to Local Rule 3.09(b), to file a motion within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

Dated: July 8, 2022

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/Yohance A. Pettis*
YOHANCE A. PETTIS
Deputy Chief, Civil Division
Assistant United States Attorney
Florida Bar No. 021216
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile:  813-274-6198
E-mail: yohance.pettis@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Ryan A. Fogg, Esquire
Halberg & Fogg, PLLC
RFogg@HalbergLaw.com
Attorney for Plaintiff

    *s/ Yohance A. Pettis*
    YOHANCE A. PETTIS
    Assistant United States Attorney